IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

**MARILYN HERNANDEZ, individually and on behalf of all others similarly situated,**

 *Plaintiff*,

v.

**NOOM, INC.,**

 *Defendant.*

\*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*

Case No. 1:23-cv-00641-JRR

## **ORDER**

This matter comes before the court on Defendant Noom, Inc.'s Motion to Dismiss Plaintiff's Complaint. (ECF No. 18; the "Motion.") The court has reviewed all papers. No hearing is necessary. Local Rule 105.6 (D. Md. 2023). For the reasons set forth in the accompanying memorandum opinion, it is this 27th day of December 2023

**ORDERED** that the Motion (ECF No. 18) shall be, and is hereby, **GRANTED**; and further it is

**ORDERED** that the Complaint (ECF No. 1) shall be, and is hereby, **DISMISSED WITHOUT PREJUDICE**; and further it is

**ORDERED** that the Clerk of Court shall **CLOSE** this case.

/S/

Julie R. Rubin
United States District Judge